**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| YOUR GREEN THUMB CAREGIVERS, LLC<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. _________________<br><br>**COMPLAINT**<br><br>**[JURY TRIAL DEMANDED]** |

**NATURE OF THE ACTION**

1. Plaintiff, Your Green Thumb Caregivers, LLC ("Plaintiff') brings this suit pursuant to 26 U.S.C.§7422(a) and 28 U.S.C. §l346(a)(1) against Defendant, United States of America ("Defendant") for the recovery of federal income tax and related interest erroneously assessed against and collected from Plaintiff by Defendant for Plaintiff's 2020 tax year.

**PARTIES**

2. Plaintiff is a limited liability company organized under the laws of the State of Maine with a principal place of business located at 99 State Road, Suite 2, Kittery, ME 03904.

3. Defendant is the United States of America.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over this action pursuant to 28 U.S.C.§1346(a)(l), and 26 U.S.C. §7422(a).

5. Venue is proper in this district pursuant to 28 U.S.C. §1402(a)(2) because Defendant is the United States and Plaintiff's principal place of business is located within judicial district for the District of Maine.

**FACTUAL ALLEGATIONS AND DISCUSSION**

6. Plaintiff filed its federal income tax return on July 3, 2023 with the Internal Revenue Service ("IRS") at the appropriate Internal Revenue Service Center.

7. Plaintiff made a payment of $213,000.00 of federal income tax when it filed its Form 1120 tax return.

8. Plaintiff timely filed a proper claim for a refund of $157,619.00 of federal income tax. Said claim results from a miscalculation of the total sales and costs of goods sold in the original tax return filed, in which the Plaintiff had not deducted on its original 2020 tax return. Plaintiff filed the refund claim on July 1, 2026.

9. Plaintiff's refund claim was set forth on a Form 1120X, Amended U.S. Corporation Income Tax Return, and was filed with the Internal Revenue Service at Kansas City, Missouri.

10. On September 18, 2026, the Internal Revenue Service issued a notice of disallowance in which the IRS disallowed Plaintiff's refund claim in its entirety.

11. The IRS improperly and erroneously disallowed the Plaintiff's proper and timely refund claim.

12. The IRS disallowance is solely based upon the statute of limitation for a refund claim. The appropriate statute of limitations is contained in 26 U.S. Code §6511(a) which allows a three-year period from the date of the filing of the original tax return to file an amended tax return to claim a refund. The original tax return was filed on July 3, 2023. The IRS claims the amended return was received on July 13, 2026, which would bar the claim due

to the statute of limitations. However, under 26 U.S.C.§7502, the date of filing the amended return is the post mark date on the envelop unless the Plaintiff has a certified mail receipt which is then the date on the receipt for certified mail as the filing date. The Plaintiff has a certified mail receipt that shows a mailing date of July 1, 2026. Since the filing date is July 1, 2026, the amended return was filed within the period allowed under the statute of limitations, and therefore, is not a barred claim.

13. As reflected in Plaintiff's refund claim filed with the Internal Revenue Service on July 1, 2026, on Form 1040-X, Plaintiff is entitled for its 2020 tax year a reduction in sales after cost of goods sold of $1,100,061.00 and has reported a reduction in deductions of $114,349.00. 26 CFR § 1.61-3(a). Resulting in a reduction in net income of $983,945 and a reduction of $206,628 in income tax for the year 2020. The reduction in income tax causes a net refund of $157,619.

**CLAIM FOR RELIEF**

14. Plaintiff incorporates by reference the allegations contained in the above paragraphs.

15. Plaintiff is entitled to a refund of $157,619 in federal income tax, plus interest, as allowed by law, for its 2020 tax year.

16. The Internal Revenue Service erred in disallowing Plaintiff's claim for a refund of federal income tax for the 2020 tax year as being barred by the statute of limitation.

17. Accordingly, plaintiff seeks recovery of the overpayment of $ 157,619 of federal income tax that was erroneously assessed and collected by Defendant, plus interest as allowed by law.

## JURY DEMAND

Plaintiff demands trial by jury on all issues triable of right by a jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment against Defendant awarding Plaintiff:

A. A refund of overpaid tax for the 2020 tax year of at least $157,619.00 or such other amount as may be legally refundable;

B. Interest as allowed by law;

C. Attorney's fees as are available; and

D. Such other relief as Plaintiff may be entitled to receive.

Respectfully submitted,
YOUR GREEN THUMB
CAREGIVERS, LLC

By its attorneys,

Dated: October 16, 2026

By: /s/ Richard R. Rousseau, Esq.
Richard R. Rousseau, Esq., Bar No. 010428
Kalil and LaCount
681 Wallis Road
Rye, New Hampshire 03870
(603) 964-1414
Rich@ryelaw.net

By: /s/ Frank G. Meanor, Jr., Esq.*
Frank G. Meanor, Jr., Esq., NH Bar No. 14918
One New Hampshire Avenue, Suite 125
Portsmouth, NH 03801
frank@frankmeanor.com
(603) 570-4893

**Pro Hac vice forthcoming*